# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

JAMES POLLARD,
12 Vernon Lane
Centereach, New York,

        Plaintiff,        No. 21-cv-648

   -against-

MERRICK GARLAND in his official
capacity as the Attorney General of the      **NOTICE OF**
United States, 950 Pennsylvania Avenue,     **VOLUNTARY DISMISSAL**
N.W., Washington, D.C. 20530,            **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

   and

CHRISTOPHER WRAY in his official capacity
as Director of the Federal Bureau of
Investigation,
J. Edgar Hoover Building
935 Pennsylvania Ave, N.W.,
Washington, D.C. 20535-0001

        Defendants.

-----------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff JAMES POLLARD and his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendants MERRICK GARLAND and CHRISTOPHER WRAY.

Dated: October 22, 2021         THE BELLANTONI LAW FIRM, PLLC
                                    *Attorneys for Plaintiff*

                        By:   *Amy L. Bellantoni*
                             Amy L. Bellantoni, Esq.
                             2 Overhill Road, Suite 400
                             Scarsdale, New York 10583
                             914/367-0090 (t)
                             888/763-9761 (f)
                             abell@bellantoni-law.com